■ The People of the State of New York, Respondent, v Milton Schaffner, Appellant.—Judgment, Supreme Court, New York County, rendered on November 13, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.

■ Eugene W. Connelly, Appellant, v Weil, Gotshal & Manges, Respondent.—Order, Supreme Court, New York County, entered on June 14, 1976, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.

■ Kings Plaza AMC, Inc., Appellant, v Elinor Guggenheimer, as Commissioner of the City of New York, Department of Consumer Affairs, Respondent.—Judgment, Supreme Court, New York County, entered on June 14, 1976, unanimously affirmed for the reasons stated by Tyler, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ The People of the State of New York, Respondent, v Raul Rivera, Appellant.—Judgment, Supreme Court, New York County, rendered on October 7, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

■ In the Matter of Joseph G. Wolf, Appellant, v Michael J. Codd, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 10, 1974, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Nunez, JJ.